```
                                                  USDC SDNY
                                                  DOCUMENT
                                                  ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                      DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                     DATE FILED:   4/12/2022
```

PATIENCE ATITO,

                    Plaintiff,

        -against-                                  1:21-cv-8448-MKV

KHALEEL YORKE & A&Y GROUP, Inc.,                   ORDER

                    Defendants.


MARY KAY VYSKOCIL, United States District Judge:

Defendants removed this action from the Supreme Court of the State of New York,

County of Bronx to Federal Court on October 13, 2021.  [ECF No. 1].  After Plaintiff failed to

appear for two months, the action was dismissed for a failure to prosecute.  [ECF No. 5].  Now,

nearly four months after this case was dismissed, and nearly six months after it was removed,

Plaintiff moves to reopen this case.  [ECF No. 8].

Accordingly, IT IS HEREBY ORDERED that on or before May 19, 2022, Defendants

file a response to Plaintiff's motion.

Plaintiff is directed to serve his motion papers and this order on Defendants and file proof

of service by April 19, 2022.


**SO ORDERED.**

**Date:  April 12, 2022**                    _____
**      New York, NY**                        **MARY KAY VYSKOCIL**
                                              **United States District Judge**